1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            CASE NO.  02:13-MJ-00313 CKD

12 |                       Plaintiff,     ORDER

13 |           v.

14 | LISA RAE BUYS,

15 |                       Defendant.

16

17

18     The United States' motion to dismiss without prejudice the underlying UFAP complaint and

19 recall the arrest warrant in the above referenced case, 13-MJ-00313 CKD against defendant LISA RAE

20 BUYS is GRANTED.

21

22 Dated: April 23, 2014

23                                           _____
                                             KENDALL J. NEWMAN
24                                           UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                        1